IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

YUSUFI MIAL BURTON JOSEPH BEY,    )
                                  )
          Petitioner,             )
                                  )
     v.                           )     1:24CV1062
                                  )
ERIC HOOKS,                       )
                                  )
          Respondent.             )

## ORDER

On April 8, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed. (Doc. 9.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that that this action is DISMISSED WITHOUT PREJUDICE.

                              /s/   Thomas D. Schroeder
                              United States District Judge

October 6, 2025